1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  BRAIN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
3  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
   Telephone: 415.436.6816                    E-filing
6  Facsimile:  415.436.6748
   Email: stephanie.hinds@usdoj.gov
7
   Attorneys for the United States of America
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              CV 08           3486 MHP

   UNITED STATES OF AMERICA,           )
12                                      )  WARRANT OF ARREST OF PROPERTY IN
                    Plaintiff,          )  REM
13                                      )
            v.                          )
14                                      )
   $45,990 IN UNITED STATES CURRENCY,   )
15                                      )
                    Defendant.          )
16  _____)

17         TO: ANY DEPUTY UNITED STATES MARSHAL:

18         YOU ARE HEREBY COMMANDED to arrest and seize the defendant funds and

19  maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

20         Claimants of the above-described funds which is the subject of this action shall file their claims with

21  the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco,

22  California 94102 and serve a copy thereof upon the United States Attorney, Attention: Stephanie M.

23  Hinds, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave., 9th floor, San

24  Francisco, California 94102, within thirty (35) days after date of publication of notice of arrest of said

25  property and answers to the Complaint shall be filed and served within twenty (20) days thereafter or

26  within such additional time as may be allowed by the Court.

27  Dated:   JUL 21 2008                       RICHARD W. WEIKING
                                                United States District Clerk
28
                                                By: _____ MARY ANN BUCKLEY