JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

>450 Golden Gate Avenue, Box 36055
>San Francisco, CA 94102
>Telephone: (415) 436-6816
>Facsimile: (415) 436-6748
>email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-3486 MHP |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| $45,990 IN UNITED STATES CURRENCY, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Government Complaint for Forfeiture;

2. Warrant of Arrest of Property *In Rem;*

3. Public Notice of Forfeiture Action;

4. Order Setting Conference

5. ECF Registration Information Handout;

6. Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and

7. Booklet Entitled "Dispute Resolution Procedures in the Northern District of California

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| | |
|---|---|
| Michael McGuire<br>McGuire Harley-Davidson & Buell<br>1425 Parkside Drive<br>Walnut Creek, CA 94596 | Michael McGuire<br>c/o Blakie Burak<br>500 Ygnacio Valley Road, Suite 300<br>Walnut Creek, CA 94596 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of July, 2008, at San Francisco, California.

/S/
ALICIA CHIN
Paralegal/ Asset Forfeiture Unit

Certificate of Service
C 08-3486 MHP                                                                                               2