BLACKIE BURAK, State Bar No. 50218
Attorney At Law
500 Ygnacio Valley Rd., Ste. 300
Walnut Creek, CA 94596
(925) 933-4500
Fax: (925) 933-4515

Attorney for claimant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> vs. <br> $45,990 IN U.S. CURRENCY | NO. CV08 3486 |

## CLAIM FOR SEIZED PROPETY

Claimant, MICHAEL MCGUIRE whose address is McGuire Harley-Davidson & Buell, 1425 Parkside Drive, Walnut Creek, CA 94596, hereby makes claim to the Defendant property to-wit, $45,990 in United States Currency.

I

Michael McGuire has the right to make this claim by virtue of the fact that the property belongs to him.

II

The property should be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 21, United States Code, Section 881. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

////////////////////////
////////////////////

**Verification**

**STATE OF CALIFORNIA**

**COUNTY OF CONTRA COSTA**

I, MICHAEL MCGUIRE reside in Contra Costa County and declare under penalty of perjury that the property seized in the matter to wit: $45, 990 in United States Currency, does in fact belong to me and that I have the right to defend this action.

_____
MICHAEL MCGUIRE

SWORN TO AND SUBSCRIBED before me this _____ day of August, 2008.

*See Attached Jurat*

_____
NOTARY PUBLIC

**Certificate of Service**

I herby certify that a true and correct copy of the above and foregoing Claim for Seized Propery was mailed, certified mail, return receipt requested to Stephanie M. Hinds, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave., 16th floor, San Francisco, CA 94102, on this  11th day of August, 2008.

_____
JANE ADAMS

State of California           )
County of Contra Costa    )

# CALIFORNIA JURAT

Subscribed and sworn to (or affirmed) before me on this __11th__ day of __August__, 20__08__, by __michael mcGuire__ _____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary Seal: JACQUELINE L. HARMON, COMM. #1775299, NOTARY PUBLIC - CALIFORNIA, CONTRA COSTA COUNTY, My Comm. Expires Oct. 23, 2011]

Signature __Jacqueline S. J. Harmon__

Seal

──────── OPTIONAL INFORMATION ────────

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

This certificate is attached to a document titled/for the purpose of

__Claim for Seized Property for $45,990.00__

containing __2__ pages, and dated __8-11-08__.

### Additional Information

**Method of Affiant Identification**

Proved to me on the basis of satisfactory evidence:
☒ form(s) of identification  ☐ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____   Entry # _____

Notary contact: _____

Other
☒ Affiant(s) Thumbprint(s)  ☐ Describe: _____

© Copyright 2007 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612    Form JUR01. 12/07.    To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.notaryrotary.com