```
 1  Blackie Burak (SBN: 50318)
    Attorney At Law
 2  500 Ygnacio Valley Rd., Ste 300
    Walnut Creek, CA 94596
 3  Phone: (925) 933-4500
    Fax:   (925) 933-4515
 4  cocolaw@flash.net

 5  Attorney for Claimant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. C 08-3486 MHP |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **RE: CONTINUANCE OF** |
|   | ) **CASE MANAGEMENT CONFERENCE** |
| $45,990 IN UNITED STATES CURRENCY, | ) Date: 12/22/08 |
|   | ) Time: 4:00PM |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between PLAINTIFF United States of America and Claimant Michael McGuire, by and through their respective counsel of record, that, subject to the Court's approval, the Case Management Conference set herein for December 22, 2008 should be continued for a period of at least 60 days to a date set by and convenient for the Court. The reason for this stipulation is as follows: Plaintiff and Claimant require more time for discovery.

IT IS SO STIPULATED:

Dated: __12/15/__, 2008

By: _____
STEPHANYE HINDS
Attorney for Plaintiff

1  Dated: Dec 13, 2008              By: _____
                                    Blackie Burak, Attorney for Claimant

   IT IS SO ORDERED

   The Case Management Conference is hereby continued to March 2, 2009,
   at 4:00 p.m.

   DATED: 12/16/2008              _____
                                   United States District Judge

   IT IS SO ORDERED
   Judge Marilyn H. Patel